TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carl.lesueur@usdoj.gov

FILED
2022 JUN 16 AM 9:50
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID VICTOR STEINBERG<br><br>Defendant. | Case No.<br><br>FELONY INFORMATION<br><br>COUNT 1: Vio. 26 U.S.C. § 7206(1)<br>COUNT 2: Vio. 18 U.S.C. § 371<br>Case: 2:22−cr−00220<br>Assigned To : Campbell, Tena<br>Assign. Date : 6/16/2022<br>Description: USA v Steinberg |

The United States Attorney charges:

**COUNT 1**
26 U.S.C. § 7206(1)
(False Statement in Tax Return)

On or about April 15, 2017, in the Central Division of the District of Utah,

DAVID VICTOR STEINBERG

the defendant herein, did willfully make and subscribe a 2016 Individual Income Tax Return, which was verified by a written declaration that it was made under penalties of perjury and which DAVID VICTOR STEINBERG did not believe to be true and correct as to every material matter. That 2016 Individual Income Tax Return, which was filed

with the Director, Internal Revenue Service Center stated that he earned only $126 in interest income, $27,174 in capital gains income, and $23,520 in other income, but no other income, while in fact Defendant had business income of $158,329, in violation of Title 26, United States Code, Section 7206(1).

**COUNT 2**

18 U.S.C. § 371

(Conspiracy to Bring in Counterfeit Coin with Intent to Defraud)

On or about June 20, 2019, in the District of Utah and elsewhere,

DAVID VICTOR STEINBERG

the defendant herein, did agree and conspire with one or more other persons to bring into the United States counterfeit coin, knowing the same to be counterfeit, with intent to defraud the government of the United States, in violation of Title 18, United States Code, Section 485, all in violation of Title 18, United States Code, Section 371.

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of any offense in violation of 18 U.S.C. § 485 or conspiracy to commit the same, as set forth in this indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation, and any personal property used or intended to be used to commit the offense. The property to be forfeited includes, but is not limited to:

- 4 pallets of coins consisting of dimes, quarters, half dollars, dollar, and Mexican $10 coins.

Pursuant to 26 U.S.C. §§ 7301(a)-(e), 7303, and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 26 U.S.C. § 7206(1), the defendant shall forfeit to the United States of America all property to which any false or fraudulent instrument involved in the offense relates. The property to be forfeited includes, but is not limited to:

- 4 pallets of coins consisting of dimes, quarters, half dollars, dollar, and Mexican $10 coins.
- a MONEY JUDGMENT equal to the proceeds obtained directly or indirectly, as the result of the conspiracy and each offense, which amount is at least $16,612.31; and
- Substitute property as allowed by 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p).

Dated: June 15, 2022

TRINA A. HIGGINS
United States Attorney

*/s/Carl D. LeSueur*
CARL D. LESUEUR
Assistant United States Attorney